**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur Brud Porcher,<br><br>        Plaintiff,<br><br>v.<br><br>GoDaddy.com LLC, et al.,<br><br>        Defendants. | No. CV-25-03117-PHX-KML<br><br>**ORDER** |

      Plaintiff Arthur "Brud" Porcher filed his complaint on August 27, 2025, and his amended complaint on September 11, 2025. (Docs. 1, 7.) The amended complaint alleges defendant GoDaddy.com LLC is a "limited liability company with its principal place of business" in Arizona. (Doc. 7 at 2.) On September 15, 2025, the court issued an order requiring Porcher complete service of process no later than December 5, 2025. (Doc. 12 at 7.) On September 22, 2025, Porcher filed a notice stating he had served the First Amended Complaint and the Waiver of Service form on GoDaddy by sending those documents "by Priority Mail with signature confirmation . . . to its registered agent for service of process." (Doc. 18.) To date, GoDaddy has not responded to the complaint.

      Assuming Porcher believes GoDaddy is located in Arizona, he has not provided sufficient proof of service of process. "In Arizona, service by mail is an alternative form of service, available in lieu of personal service." *Overstreet v. Lucid USA Inc.*, No. CV-24-01356-PHX-DJH, 2024 WL 3966739, at *1 (D. Ariz. July 15, 2024) (simplified). Porcher did not obtain leave to complete service by mailing, meaning service via mail was not

proper if GoDaddy is in Arizona. Ariz. R. Civ. P. 4.1(k) (alternative service authorized only "on motion" by a party). If GoDaddy is not located in Arizona, Porcher's proof of service may be sufficient. Fed. R. Civ. P. 4.2(c).

If Porcher believes GoDaddy is located in Arizona, he must file proof of personal service. If Porcher believes GoDaddy is not located in Arizona, he must file the proof of mailing that identifies GoDaddy's location. Failure to file proper proof of service will result in dismissal of this suit under Federal Rule of Civil Procedure 4(m).

**IT IS ORDERED** no later than **December 5, 2025**, plaintiff shall file proper proof of service.

Dated this 1st day of December, 2025.

Honorable Krissa M. Lanham
United States District Judge