**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Arthur Brud Porcher,<br><br>               Plaintiff,<br><br>v.<br><br>GoDaddy.com LLC, et al.,<br><br>               Defendants. | No. CV-25-03117-PHX-KML<br><br>**ORDER** |

Plaintiff Arthur "Brud" Porcher filed his initial complaint on August 27, 2025. (Doc. 1.) Porcher did not pay the filing fee until September 11, 2025, when he also filed an amended complaint. (Docs. 6, 7.) On September 15, 2025, the court issued its standard preliminary order which ordered Porcher to file proof of service no later than December 5, 2025. (Doc. 12 at 7.) That order informed Porcher this case would automatically be dismissed if proof of service was not filed by that date. On September 22, 2025, Porcher filed notice that he mailed defendant GoDaddy.com LLC a waiver of service form but there was no indication that mailing qualified as proper service for purposes of Fed. R. Civ. P. 4. (Doc. 18.)

On December 1, 2025, the court reminded Porcher that he needed to file proof of service no later than December 5, 2025. (Doc. 19 at 2.) That order also stated "[f]ailure to file proper proof of service will result in dismissal of this suit under Federal Rule of Civil Procedure 4(m)." (Doc. 19 at 2.) Porcher received two warnings that his case would be dismissed if he did not file proof of service but he did not do so. In these circumstances,

1  dismissal is appropriate under Rule 4(m).

2  Accordingly,

3  **IT IS ORDERED** the Amended Complaint (Doc. 7) is **DISMISSED WITHOUT**

4  **PREJUDICE.** The Clerk of Court shall enter judgment and close this case.

5  Dated this 23rd day of December, 2025.

*[Signature]*
Honorable Krissa M. Lanham
United States District Judge

- 2 -